# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RUBEN DELGADO GUADARRAMA

VERSUS

JASON ST. ROMAIN, ET AL.

CIVIL ACTION

22-875-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated May 3, 2023, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and Plaintiff's action is dismissed, with prejudice, as legally frivolous.

Signed in Baton Rouge, Louisiana, on this 20 day of June, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.